AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AUNDRE ROBINSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-292

SAVANNAH RIVER LOGISTICS,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 21, 2024, Defendant Savannah River Logistics' Motion for Summary Judgment, regarding Plaintiff's retaliation claims under Title VII and Section 1981 contained in Counts I and II, is granted. This case stands closed.

Approved by: _____

August 27, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020